IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ROBIN RUGNE,<br><br>    Defendant. | No. CR 3 09 70597 EMC<br><br>[~~PROPOSED~~] STIPULATED ORDER RE: TRAVEL |

    The defendant has been released by this Court with conditions that include a travel restriction limited to the Northern District of California. Through counsel, Ms. Rugne has informed the Court that her brother has recently suffered two small heart attacks and is now recovering in Reno, Nevada. In addition, Ms. Rugne has a previously-scheduled family reunion in Reno during the weekend of August 8, 2009.

    The defense has requested that the Court modify Ms. Rugne's travel restrictions to permit her to travel to the District of Nevada from August 7 through August 9, 2009 for the family reunion and to see her ill brother. The government has no objection to this request.

//

//

//

*Rugne*, CR 3 09 70597 EMC
ORD. RE: TRAVEL RESTRICTIONS

Therefore, for good cause shown Ms. Rugne's travel restrictions are modified to permit her to travel from the Northern District of California to the District of Nevada from August 7 through August 9, 2009.

IT IS SO ORDERED.

7/31/09
DATED

EDWARD CHEN
United States Magistrate Judge

IT IS SO STIPULATED.

July 31, 2009                           /s
DATED                                   JOSEPH P. RUSSONIELLO
                                        United States Attorney
                                        Northern District of California
                                        SUSAN BADGER
                                        Assistant United States Attorney

July 31, 2009                           /s
DATED                                   BARRY J. PORTMAN
                                        Federal Public Defender
                                        Northern District of California
                                        STEVEN G. KALAR
                                        Assistant Federal Public Defender